**Dale A. Blickenstaff**
ATTORNEY AT LAW
STATE BAR NO. 40681
5151 NORTH PALM, SUITE 10
FRESNO, CA 93704
TEL: (559) 227-1515
FAX: (559) 221-6557

ATTORNEY FOR Mike Carrillo

FILED

LODGED 2005 MAY 12 A 10: 42

MAY 10 2005    CLERK, US DIST. COURT
               EASTERN DIST. OF CALIF
CLERK, U.S. DISTRICT COURT    AT FRESNO
EASTERN DISTRICT OF CALIFORNIA
BY_____    DEPUTY

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-03-5448-AWI |
| ) | |
| Plaintiff, ) | APPLICATION FOR ORDER |
| ) | EXONERATING BOND AND |
| vs. ) | FOR RECONVEYANCE OF |
| ) | REAL PROPERTY AND ORDER |
| MIKE CARRILLO, ) | THEREON. |
| ) | |
| Defendant. ) | Honorable Anthony W. Ishii |
| ) | |

Defendant, Mike Carrillo, through counsel Dale A. Blickenstaff, hereby moves the court for an order exonerating the bond and for reconveyance of real property in the above-entitled case.

On or about March 5, 2004 defendant Mike Carrillo was released from custody under the conditions of pre-trial services supervision and a $200,000 real property bond. Real property bonds and promissory notes were delivered to the court by Mike Carrillo, Lesley Carrillo Hernandez, Miguel Carrillo and Enriqueta Carrillo.

Defendant Mike Carrillo is hereby requesting that the real property bond placed on the property ████████████████████████████████████████████ be exonerated. Assistant United States Attorney Kevin P. Rooney does not oppose this motion.

Pretrial Services has been contacted and also does not oppose this motion.

DATED: May 9, 2005

DALE A. BLICKENSTAFF
Attorney for Defendant

## ORDER

IT IS HEREBY ORDERED that the property bond posted and secured by Mike Carrillo ~~[redacted]~~ be exonerated.

DATED: 5-12-05

Anthony W. Ishii
United States District Court Judge