| | |
|---|---|
| 1  DALE A. BLICKENSTAFF, #40681<br>   Attorney at Law<br>2  5151 North Palm, Suite 10<br>   Fresno, California 93704<br>3  Telephone: (559) 227-1515<br>   Facsimile: (559) 221-6557<br>4<br>   Attorney for Mike Carrillo | FILED<br><br>2005 JUN 28  P 2: 10<br><br>CLERK US DIST COURT<br>EASTE          CALIF<br><br>BY_____ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      )<br>          Plaintiff,   )<br>                      )<br>vs.                   )<br>                      )<br>MIKE CARRILLO,        )<br>                      )<br>          Defendant.  )<br>_____) | CR-F-03-5448-AWI<br><br>STIPULATION AND ORDER<br>TO CONTINUE STATUS<br>CONFERENCE AND<br>MOTIONS HEARING |

This matter was continued to July 5, 2005. Thereafter, one of the parties discovered this date to be inconvenient.

IT IS HEREBY STIPULATED that the status conference and motions hearing currently scheduled for July 5, 2005, at 9:00a.m. be continued to August 1, 2005 at 9:00a.m.

It is further stipulated time is excluded pursuant to 18 U.S.C. section 3161(H)(I)(F).

IT IS SO STIPULATED.

Dated: June 27, 2005                    /s/ Dale A. Blickenstaff
                                        DALE A. BLICKENSTAFF
                                        Attorney for Defendant, Mike Carrillo

Dated: June 27, 2005                    /s/ Philip A. DeMassa
                                        PHILIP A. DEMASSA
                                        Attorney for Defendant, Juan Zapada

Dated: June 27, 2005                    /s/ Kimberly A. Kelly

Kimberly A. Kelly
Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the status conference and motion hearing scheduled for July 5, 2005 at 9:00 a.m. be continued to August 1, 2005 at 9:00 a.m.

Dated: 6-28-05

ANTHONY W. ISHII
United States District
Court Judge