```
DALE A. BLICKENSTAFF - #40681
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, MIKE CARRILLO
```

FILED

2005 DEC 14 A 10: 30

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
                    DEPUTY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-F-03-5448-AWI |
| Plaintiff, | APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON |
| v. | |
| MIKE CARRILLO, | |
| Defendant. | Honorable Anthony W. Ishii |

Defendant, MIKE CARRILLO, through his counsel, DALE A. BLICKENSTAFF, hereby moves the Court for an Order exonerating the bond and for reconveyance of real property in the above-entitled case.

On or about March 5, 2004, Defendant, MIKE CARRILLO, was released from custody under the conditions of pre-trial services supervision and a $200,000 real property bond. Real property bonds and promissory notes were delivered to the Court by MIKE CARRILLO, Lesley Carrillo Hernandez, Miguel Carrillo and Enriqueta Carrillo.

Defendant, MIKE CARRILLO, is hereby requesting that the real property bond placed on the property 706 Crawford Street, Bakersfield, California 93305, be exonerated. Assistant United States Attorney, Kimberly A. Kelly, does not oppose this Motion.

///

---

APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON, Case No. Cr-F-03-5448-AWI

1 | Pretrial Services has been contacted and also does not oppose this Motion.

2 | DATED: December 12, 2005      /s/ Dale A. Blickenstaff
   |                               DALE A. BLICKENSTAFF
3 |                               Attorney for Defendant, MIKE CARRILLO

## ORDER

IT IS HEREBY ORDERED that the property bond posted and secured by MIKE CARRILLO 706 Crawford Street, Bakersfield, California 93305 be exonerated.

DATED:  12-13-05                  _____
                                  ANTHONY W. ISHII
                                  UNITED STATES DISTRICT COURT JUDGE

---

APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON, Case No. Cr-F-03-5448-AWI