1  DALE A. BLICKENSTAFF - #40681
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile
4

5  Attorney for Defendant, MIKE CARRILLO

6

7              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF CALIFORNIA
8
                          * * *
9

10 UNITED STATES OF AMERICA,    )    **Case No. CR-F-03-5448 AWI**
                                )
11              Plaintiff,      )    **STIPULATION AND ORDER TO**
                                )    **CONTINUE  MOTIONS  IN**
12 v.                           )    **LIMINE SCHEDULE**
                                )
13 MIKE CARRILLO,               )    **Date      : January 23, 2006**
                                )    **Time      : 9:00 a.m.**
14              Defendant.      )    **Courtroom : 3**
                                )
15 _____ )    **Trial Date : February 22, 2006**
                                     **Time      : 8:30 a.m.**
16                                   **Courtroom : 3**

17

18       The parties hereby agree and stipulate as follows:

19       1.      To continue the due date for Motions in Limine, currently scheduled for December 27,

20 2005, to a new date of January 9, 2006;

21       2.      To continue the due date for Opposition to any Motion in Limine, currently scheduled

22 for January 9, 2006, to a new date of January 19, 2006; and

23       3.      To keep the current hearing on Motions in Limine set for January 23, 2006.

24 Dated:       December 22, 2005       /s/ Dale A. Blickenstaff_____
                                        DALE A. BLICKENSTAFF
25                                      Attorney for Defendant, MIKE CARRILLO

26 Dated:       December 22, 2005       /s/ Philip A. DeMassa
                                        PHILIP A. DeMASSA
27                                      Attorney for Defendant, JUAN ZEPEDA CHAVEZ

28

**STIPULATION AND ORDER TO CONTINUE MOTIONS IN LIMINE SCHEDULE, Case No. CR-F-03-5448 AWI**

1    Dated:        December 22, 2005           /s/ Kimberly A. Kelly
                                              KIMBERLY A. KELLY
2                                             Assistant U. S. Attorney

3

4                      ******************************************

5                                    **ORDER**

6          IT IS HEREBY ORDERED that the new due date for Motions in Limine is January 9, 2006,

7    and the new due date for Opposition to any Motion in Limine is January 19, 2006.  The hearing on

8    Motions in Limine, set for January 23, 2006,  is to remain the same.

9

10   IT IS SO ORDERED.

11   **Dated:     December 23, 2005**            _____/s/ Anthony W. Ishii_____
     0m8i78                                UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND ORDER TO CONTINUE MOTIONS IN LIMINE SCHEDULE, Case No. CR-F-03-5448 AWI**