1  DALE A. BLICKENSTAFF - #40681
   Attorney at Law
2  5151 North Palm Avenue, Suite 10
   Fresno, California 93704
3  (559) 227-1515 Telephone
   (559) 221-6557 Facsimile
4

5  Attorney for Defendant, MIKE CARRILLO

6

7                    **UNITED STATES DISTRICT COURT**
                     **EASTERN DISTRICT OF CALIFORNIA**
8
                                  * * *
9

10 | UNITED STATES OF AMERICA, | ) | **Case No. CR-F-03-5448 AWI** |
   |                           | ) |                               |
11 |         Plaintiff,        | ) | **STIPULATION AND ORDER TO**  |
   |                           | ) | **CONTINUE SENTENCING DATE**  |
12 | v.                        | ) |                               |
   |                           | ) | **Date      :  May 30, 2006** |
13 | MIKE CARRILLO and JUAN    | ) | **Time      :  11:00 a.m.**   |
   | ZEPEDA,                   | ) | **Courtroom :  3**            |
14 |                           | ) |                               |
   |         Defendant.        | ) |                               |
15 |                           | ) |                               |
   |_____| ) |                               |
16

        The parties hereby agree and stipulate as follows:
17
        To continue the date of Sentencing for both of the above-named Defendants, currently
18
   scheduled for Monday, May 15, 2006, at 11:00 a.m., to Tuesday, May 30, 2006, at 11:00 a.m.
19
   Dated:      May 10, 2006            /s/ Dale A. Blickenstaff
20                                     DALE A. BLICKENSTAFF
                                       Attorney for Defendant, MIKE CARRILLO
21

22
   Dated:      May 10, 2006            /s/ Philip A. DeMassa
23                                     PHILIP A. DeMASSA
                                       Attorney for Defendant, JUAN ZEPEDA CHAVEZ
24

25
   Dated:      May 10, 2006            /s/ Kimberly A. Kelly
26                                     KIMBERLY A. KELLY
                                       Assistant U. S. Attorney
27

28
   **STIPULATION AND ORDER TO CONTINUE SENTENCING DATE, Case No. CR-F-03-5448 AWI**

## **ORDER**

IT IS HEREBY ORDERED that the date of Sentencing is now scheduled for Tuesday, May 30, 2006, at 11:00 a.m.

IT IS SO ORDERED.

**Dated:    May 12, 2006**                              /s/ Anthony W. Ishii
0m8i78                                                          UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO CONTINUE SENTENCING DATE, Case No. CR-F-03-5448 AWI**