UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )    1:03-CR-5448 AWI
                    Plaintiff,  )
       vs.                      )
                                )    ORDER FOR RETURN OF
MIKE CARRILLO,                  )    NOTE AND DEED OF TRUST
                                )
                    Defendants. )
_____)

       The above-named defendant having surrendered to the custody

of the Bureau of Prisons as directed;

       IT IS HEREBY ORDERED that the Note and Deed of Trust

posted in this matter be returned to the surety.

Deed No.:       2004-0150884

Receipt No.:    101-5066

IT IS SO ORDERED.

Dated:    January 23, 2008          _____/s/ Anthony W. Ishii_____
                                    UNITED STATES DISTRICT JUDGE