DALE A. BLICKENSTAFF - #40681
Attorney at Law
5151 North Palm Avenue, Suite 10
Fresno, California 93704
(559) 227-1515 Telephone
(559) 221-6557 Facsimile

Attorney for Defendant, MIKE CARRILLO

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. CR-F-03-5448-AWI** |
| | ) | |
| Plaintiff, | ) | **APPLICATION FOR ORDER** |
| | ) | **EXONERATING BOND AND** |
| v. | ) | **FOR RECONVEYANCE OF** |
| | ) | **REAL PROPERTY AND ORDER** |
| MIKE CARRILLO, | ) | **THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | **Honorable Anthony W. Ishii** |
| _____ | ) | |

Defendant, MIKE CARRILLO, through his counsel, DALE A. BLICKENSTAFF, hereby moves the Court for an Order exonerating the bond and for reconveyance of real property in the above-entitled case.

Real property which was owned by Miguel Carrillo and Enriqueta Carrillo, Defendant's parents, was posted as collateral for the property bond for the release of Mike Carrillo.   On March 2, 2004, a Deed of Trust was executed and recorded on March 4, 2004, in Riverside County, State of California (Instrument No. 04-150844) for the real property commonly known as:

46327 Cottonwood Lane

APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON, Case No. Cr-F-03-5448-AWI

1                              Indio, California 92201

2        Defendant was sentenced to Federal Prison on July 24, 2006 and was released therefrom on

3 December 16, 2009.   He completed Supervised Release in 2012.

4        Therefore, it is respectfully requested that the real property bond in this matter be

5 exonerated and that the property posted as collateral for the bond be reconveyed to Miguel Carrillo

6 and Enriqueta Carrillo.

7

8 DATED: November 7, 2013      /s/ Dale A. Blickenstaff_____
                                 DALE A. BLICKENSTAFF

9                                  Attorney for Defendant, MIKE CARRILLO

10

11

12                               **ORDER**

13

14        IT IS HEREBY ORDERED that the property bond described above be exonerated and that

15  the real property be reconveyed to Miguel Carrillo and Enriqueta Carrillo.

16

17 IT IS SO ORDERED.

18 Dated: ___November 8, 2013___     _____

19                           SENIOR   DISTRICT   JUDGE

20

21

22

23

24

25

26 **APPLICATION FOR ORDER EXONERATING BOND AND FOR RECONVEYANCE OF REAL PROPERTY AND ORDER THEREON, Case No. Cr-F-03-5448-AWI**    —dse 2

27

28